Decided October 3, 2008

## WE 470 MURDOCK, LLC *v.* COSMOS REAL ESTATE, LLC, ET AL.

*Sabato P. Fiano*, in support of the petition.

*Melvin A. Simon*, in opposition.

Decided October 3, 2008

## STAMFORD LANDING CONDOMINIUM ASSOCIATION, INC. *v.* CHARLENE LERMAN ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 261 (AC 29225), is denied.

*Edward Kanowitz*, in support of the petition.

*Gerald S. Knopf*, in opposition.

Decided October 3, 2008